# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>HENRY KOPIA KECULAH, JR.<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 1:24-MJ-328<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of between July 25th 2024 and August 13th 2024 in the city/county of Woodbridge in the Eastern District of Virginia, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 115(a)(1)(B), 2261A(2), and 875(c) | Influencing a Federal Official by Threat, Cyberstalking, and Interstate Communications with Intent to Injure |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT of FBI Special Agent Matthew S. Nicholson, incorporated herein by this reference.

☑ Continued on the attached sheet.

*Complainant's signature*

Matthew S. Nicholson, FBI Special Agent
*Printed name and title*

Reviewed by AUSA/SAUSA
AUSA Laura Withers
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (specify reliable electronic means).

Date: 8/15/2024

Digitally signed by Ivan Davis
Date: 2024.08.15 14:25:14 -04'00'
*Judge's signature*

City and state: Alexandria, Virginia    Hon. Ivan D. Davis, U.S. Magistrate Judge
*Printed name and title*